

THE CITY OF NEW YORK

## LAW DEPARTMENT
100 CHURCH STREET, Rm. 3-308
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**Carolyn K. Depoian**
Senior Counsel
Phone: (212) 356-2358
cdepoian@law.nyc.gov

March 30, 2026

**VIA ECF**
Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    Rahman Lewis v. City of New York et al., 26-CV-0038 (ALC)

Your Honor:

I am the Senior Counsel in the office of Seven Banks, Corporation Counsel of the City of New York, representing defendant City of New York (the "City") in the above referenced action. I write respectfully to request an extension of the City's time to answer or otherwise respond to the complaint from March 30, 2026 until May 1, 2026. Plaintiff consents to this request and this is the first request for an enlargement of this deadline. Although this Office does not represent the three individually named defendant in this case, Marquis Williams, Jose Tavarez and Meagan Camacho, this Office requests that the Court, sua sponte, extend their time to respond to the Complaint until May 1, 2026 as well.

As an initial matter, this case has been designated for participation in Local Civil Rule 83.10. See docket dated January 6, 2026. As per Local Civil Rule 83.10, the City shall have 80 days from the date of service of the complaint to respond to the complaint. 83.10(c). The City was served on January 9, 2026 and as such, its answer is due today, March 30, 2026. Similarly, it appears that the three individually named defendants were served after January 9, 2026, and as such, their responses to the complaint would be due today, at the earliest, as per Local Civil Rule 83.10.

This request for an extension of time to respond to the complaint is made because the attorney previously assigned to this case, Mary Jane Anderson, recently left this Office and the case is now in the process of being reassigned to a new attorney. The new attorney will need an

opportunity to review the file prior to filing a response to the complaint, including making decisions, pursuant to the New York State General Municipal Law, regarding the representation of the three individually named defendants.

No previous request for an extension has been made by either party.  There are no scheduled conferences that will be affected by this proposed extension.  Accordingly, it is respectfully requested that the Court grant the City's application to extend its time to answer or otherwise respond to the complaint from March 30, 2026 until May 1, 2026.  This Office also requests that the Court sua sponte grant Marquis Williams, Jose Tavarez and Meagan Camacho corresponding enlargements of time to respond to the complaint.

I thank the Court for its consideration of the foregoing

Respectfully submitted,

s/ Carolyn K. Depoian

Carolyn K. Depoian
Senior Counsel

Copy:  Carissa Caukin
       Philip Michael Hines
       Held & Hines, LLP
       *Counsel for plaintiffs*

-2-